1   Michael K. Friedland, Esq. (State Bar No. 157,217)
    Michael.Friedland@knobbe.com
2   Michelle E. Armond, Esq. (State Bar No. 227,439)
    Michelle.Armond@knobbe.com
3   Brian C. Claassen, Esq. (State Bar No. 253,627)          document no. 22
    Brian.Claassen@knobbe.com
4   Samantha Y. Hsu, Esq. (State Bar No. 285,853)
    Samantha.Hsu@knobbe.com
5   KNOBBE, MARTENS, OLSON & BEAR, LLP
    2040 Main Street, Fourteenth Floor
6   Irvine, CA  92614
    Telephone: (949) 760-0404
7   Facsimile: (949) 760-9502

8   Attorneys for Plaintiff
    SKYWORKS SOLUTIONS, INC.
9
    Jon Michaelson (SBN 83815)
10  jmichaelson@kilpatricktownsend.com
    Scott E. Kolassa (SBN 294732)
11  skolassa@kilpatricktownsend.com
    KILPATRICK TOWNSEND & STOCKTON LLP
12  1080 Marsh Road
    Menlo Park, CA  94025
13  Telephone:  (650) 326-2400
    Facsimile:  (650) 326-2422
14
    Attorneys for Defendant
15  KINETIC TECHNOLOGIES HOLDINGS LIMITED

16

17                  IN THE UNITED STATES DISTRICT COURT

18              FOR THE NORTHERN DISTRICT OF CALIFORNIA

19                       SAN FRANCISCO DIVISION

20  SKYWORKS SOLUTIONS, INC.,                ) Civil Action No. 3:15-cv-947 SI
                                             )
21          Plaintiff,                       ) **STIPULATION EXTENDING**
                                             ) **TIME FOR DEFENDANT**
22       v.                                  ) **KINETIC TECHNOLOGIES**
                                             ) **HOLDINGS LIMITED TO**
23  KINETIC TECHNOLOGIES, KINETIC            ) **RESPOND TO COMPLAINT**
    TECHNOLOGIES COMPANY LIMITED             )
24  (WUXI, CHINA), KINETIC TECHNOLOGIES      )
    HOLDINGS LIMITED, KINETIC                )
25  TECHNOLOGIES HK LIMITED, KINETIC         )
    TECHNOLOGIES COMPANY LIMITED             )
26  (SHANGHAI, CHINA),                       )
                                             )
27          Defendants.                      )
                                             )
28

    STIP. REQUESTING EXTENSION OF TIME TO RESPOND TO COMPLAINT          - 1 -
    Civil Action No. 3:15-cv-947 SI

1    Plaintiff Skyworks Solutions, Inc. ("Skyworks") filed its complaint on March 2, 2015,

2  and served defendant Kinetic Technologies Holdings Limited ("Kinetic BVI") on March 24

3  in the British Virgin Islands.  Kinetic BVI's deadline to respond was thus April 14.  On

4  April 7, Kinetic BVI requested an extension to respond until April 30, which Skyworks did

5  not oppose, and said stipulation for extension was filed as Dkt. No. 21.  To facilitate

6  settlement discussions between the parties, Kinetic BVI and Skyworks hereby jointly request

7  a further extension for Kinetic BVI to respond as follows:

| Event | Current Date | New Date |
|---|---|---|
| Respond to Complaint | April 30, 2015 | May 14, 2015 |

11  This extension does not alter the date of any other event or deadline.

13  **IT IS SO STIPULATED.**

14  Dated:  April 29, 2015                                    Dated:  April 29, 2015

15  KILPATRICK TOWNSEND &                      KNOBBE, MARTENS, OLSON &
      STOCKTON LLP                                          BEAR, LLP

17  By: */s/ Scott E. Kolassa*                          By: /s/ *Michelle E. Armond*
          Jon Michaelson, Esq.                                Michael K. Friedland, Esq.
18        Scott E. Kolassa, Esq.                              Michelle E. Armond, Esq.
          1080 Marsh Road                                     Brian C. Claassen, Esq.
19        Menlo Park, CA  94025                              Samantha Y. Hsu, Esq.
          Telephone:  (650) 326-2400                          2040 Main Street, Fourteenth Floor
20        Facsimile:  (650) 326-2422                          Irvine, CA  92614
                                                              Telephone:  (949) 760-0404
21  Attorneys for Defendant                              Facsimile:  (949) 760-9502
    Kinetic Technologies Holdings Limited
22                                                        Attorneys for Plaintiff
                                                          Skyworks Solutions, Inc.

1

**ATTESTATION REGARDING SIGNATURES**

2          Pursuant to Local Rule 5-1(i)(3) regarding signatures, I attest under penalty of

3    perjury that I have on file permission to sign for plaintiff's counsel indicated by a conformed

4    signature within this e-filed document.

5

6                                                                  /s/ *Scott E. Kolassa*
                                                              Scott E. Kolassa

7

8

9

10   67238648V.1

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28