Michael K. Friedland, Esq. (State Bar No. 157,217)
Michael.Friedland@knobbe.com
Michelle E. Armond, Esq. (State Bar No. 227,439)
Michelle.Armond@knobbe.com
Brian C. Claassen, Esq. (State Bar No. 253,627)
Brian.Claassen@knobbe.com
Samantha Y. Hsu, Esq. (State Bar No. 285,853)
Samantha.Hsu@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
SKYWORKS SOLUTIONS, INC.

Jon Michaelson (SBN 83815)
jmichaelson@kilpatricktownsend.com
Scott E. Kolassa (SBN 294732)
skolassa@kilpatricktownsend.com
KILPATRICK TOWNSEND & STOCKTON LLP
1080 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 326-2400
Facsimile: (650) 326-2422

Attorneys for Defendant
KINETIC TECHNOLOGIES

document no. 23

IT IS SO ORDERED
[Signature]
Judge Susan Illston

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SKYWORKS SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> KINETIC TECHNOLOGIES, KINETIC TECHNOLOGIES COMPANY LIMITED (WUXI, CHINA), KINETIC TECHNOLOGIES HOLDINGS LIMITED, KINETIC TECHNOLOGIES HK LIMITED, KINETIC TECHNOLOGIES COMPANY LIMITED (SHANGHAI, CHINA), <br><br> Defendants. | Civil Action No. 3:15-cv-947 SI <br><br> **STIPULATION EXTENDING TIME FOR DEFENDANT KINETIC TECHNOLOGIES TO RESPOND TO COMPLAINT** |

STIP. REQUESTING EXTENSION OF TIME TO RESPOND TO COMPLAINT     - 1 -
Civil Action No. 3:15-cv-947 SI

Plaintiff Skyworks Solutions, Inc. ("Skyworks") filed its complaint on March 2, 2015, and served defendant Kinetic Technologies ("Kinetic Cayman") on March 23 in the Cayman Islands. Kinetic Cayman's deadline to respond was thus April 13. On April 7, Kinetic Cayman requested an extension to respond until April 30, which Skyworks did not oppose, and said stipulation for extension was filed as Dkt. No. 20. To facilitate settlement discussions between the parties, Kinetic Cayman and Skyworks hereby jointly request a further extension for Kinetic Cayman to respond as follows:

| Event | Current Date | New Date |
| --- | --- | --- |
| Respond to Complaint | April 30, 2015 | May 14, 2015 |

This extension does not alter the date of any other event or deadline.

**IT IS SO STIPULATED.**

Dated:  April 29, 2015

KILPATRICK TOWNSEND &
  STOCKTON LLP

By: */s/ Scott E. Kolassa*
    Jon Michaelson, Esq.
    Scott E. Kolassa, Esq.
    1080 Marsh Road
    Menlo Park, CA  94025
    Telephone:  (650) 326-2400
    Facsimile:  (650) 326-2422

Attorneys for Defendant
Kinetic Technologies

Dated:  April 29, 2015

KNOBBE, MARTENS, OLSON &
  BEAR, LLP

By: */s/ Michelle E. Armond*
    Michael K. Friedland, Esq.
    Michelle E. Armond, Esq.
    Brian C. Claassen, Esq.
    Samantha Y. Hsu, Esq.
    2040 Main Street, Fourteenth Floor
    Irvine, CA  92614
    Telephone:  (949) 760-0404
    Facsimile:  (949) 760-9502

Attorneys for Plaintiff
Skyworks Solutions, Inc.

## ATTESTATION REGARDING SIGNATURES

Pursuant to Local Rule 5-1(i)(3) regarding signatures, I attest under penalty of perjury that I have on file permission to sign for plaintiff's counsel indicated by a conformed signature within this e-filed document.

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ *Scott E. Kolassa*
　　　　　　　　　　　　　　　　　　　　　　　　　　Scott E. Kolassa

67238660V.1